UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

    Petitioner,

v.

JOE BIDEN,

    Respondent.

No. 2:23-cv-0619 AC P

<u>ORDER</u>

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis application or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate application in support of a request to proceed in forma pauperis or submit the appropriate filing fee.  Petitioner is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 6, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE