UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT,<br><br>                Petitioner,<br><br>        v.<br><br>JOE BIDEN,<br><br>                Respondent. | No.  2:23-cv-0619 DAD AC P<br><br><br>ORDER |

On November 6, 2023, the undersigned issued findings and recommendations that recommended the petition be dismissed.  ECF No. 10.  Petitioner requested and has received two extensions of time to file objections.  ECF Nos. 12, 16.  The current deadline for filing objections is March 21, 2024.  In granting the second extension, the court cautioned petitioner that no further extensions would be granted absent a showing of extraordinary circumstances.  ECF No. 16 at 1.  Petitioner has now filed a motion for a stay or extension of time.  ECF No. 17.  In his motion, petitioner alleges that the jail is not allowing him to send out indigent legal mail to the federal courts and requests that the court stay the case or extend his deadline until he is transferred to state prison or, alternatively, order the jail to provide court access.  Id.

Although petitioner alleges that the jail is refusing to allow him to send out indigent legal mail, in addition to the motion filed in this case, he has made numerous filings in his other cases since his second request for an extension of time was granted.  See Bennett v. Monroe Detention

1 | Center, No. 2:22-cv-2157 DB (E.D. Cal.), ECF Nos. 32-37; <u>Bennett v. Yolo County Superior Court</u>, No. 23-cv-2885 TLN CKD (E.D. Cal.), ECF Nos. 4, 7; <u>Bennett v. Santa Clara County Superior Court</u>, No. 3:22-cv-7673 JSC (N.D. Cal.), ECF No. 40; <u>Bennett v. Santa Clara County Superior Court</u>, No. 24-861 (9th Cir.), ECF No. 3.  Because it does not appear that petitioner is unable to send mail to the courts, the motion will be denied and petitioner has until March 21, 2024, to file any objections to the November 6, 2023 findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that petitioner's request for an extension of time or stay (ECF No. 17) is DENIED.

DATED: March 11, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE